■ In the Matter of FAHIMA MANZOOR, Appellant. COMMISSIONER OF LABOR, Respondent. [993 NYS2d 522]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 31, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Stein, McCarthy, Garry and Rose, JJ., concur. Ordered that the decision is affirmed, without costs.